UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

Shawn Wilding
  plaintiff
  v.
Scranton CCC Center (SDTP),
Scranton Geo, Jeffrey James,
Joseph Fabratore, Alissa Owen,
Thomas Brogan, ShaqJusha Parker,
Kenny Fuentes, Cassondira Pugh
  defendants

Civil Complaint No:
3:23-CV-1879

FILED SCRANTON
NOV 13 2023
PER _____ DEPUTY CLERK

APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am the plaintiff, Shawn Wilding, in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury.

1. I am being held at SCI Mahanoy, Frackville Pennsylvania. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

My gross pay or wages are: $15.00 a month, I have no other source of income, nobody helping me financially.

Shawn Wilding

(8)